JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff <br> v. <br> SMGM SMOKE SHOP, INC d/b/a SMGM SMOKE SHOP, SIMON MAIDA, GEORGE MAIDA, and WILLIAM DE ZAVALA, <br><br> Defendants | No. 2:22-cv-06858-JFW-E <br><br> **ORDER ON ALL PARTIES' STIPULATION TO VACATE AND/OR STRIKE DOCKET ENTRIES, AND THEREAFTER ENTER DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The Court has before it the Stipulation by Plaintiff GS HOLISTIC, LLC, and Defendants SMGM SMOKE SHOP, INC d/b/a SMGM SMOKE SHOP, SIMON MAIDA, GEORGE MAIDA, and WILLIAM DE ZAVALA, requesting the Court to VACATE and/or STRIKE certain docket entries, and thereafter to DISMISS WITH PREJUDICE the entire action.

Upon stipulation therefore, and the Court having been fully advised and good cause shown, in the interest of justice the Court Orders as follows:

1. The Default of Defendants SMGM SMOKE SHOP, INC d/b/a SMGM SMOKE SHOP, SIMON MAIDA, and GEORGE MAIDA, entered on November 2, 2022 and found at Docket Entry 18 is hereby VACATED and STRICKEN; and

2. The Default of Defendant WILLIAM DE ZAVALA, entered on

April 21, 2023 and found at Docket Entry 23 is hereby VACATED and STRICKEN; and

3. The ORDER GRANTING GS HOLISTIC, LLC'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST ALL DEFENDANTS entered on November 13, 2023 and found at Docket Entry 33 is hereby VACATED and STRICKEN; and

4. The FINAL JUDGMENT entered on November 13, 2023 and found at Docket Entry 34 is hereby VACATED and STRICKEN; and

5. The case is Dismissed with Prejudice, in its entirety.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: March 27, 2025

*[signature]*
United States District Court Judge